UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Kiana Carolyn Sandra Walls

Chapter 7
Case No. 21-46640-tjt
Hon. Thomas J. Tucker

Debtor(s).
_____/

## STIPULATION TO LIFT AUTOMATIC STAY

**WHEREAS** Creditor, Carvana LLC, its successors and assigns, holding a note and security interest in the personal property, 2016 Jeep Compass, Vin: 1C4NJDEB7GD681118 and the parties hereto having agreed to allow the Automatic Stay to be lifted; and the Court being duly advised in the premises;

**IT IS HEREBY AGREED** that the Stay afforded by 11 U.S.C. § 362 is lifted as to the personal property, 2016 Jeep Compass, Vin: 1C4NJDEB7GD681118.

**IT IS FURTHER AGREED** that notwithstanding Rule 4001(a)(3), Carvana LLC, its successors and assigns may execute on its order immediately. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Bankruptcy Code.

**Date: August 26, 2021**

**Respectfully Submitted:**

/s/ Panayiotis D. Marselis
Panayiotis D. Marselis (P66572)
Hladek, Onorato & Federman. LLP
Attorneys for Carvana, LLC
3290 W. Big Beaver Rd., Ste. 117
Troy, MI 48084
(248)362-2600

/s/ Michael George Ardelean with consent
Michael George Ardelean (P70212) Ardelean & Dunne, PLLC Attorney for Debtor
29777 Telegraph Road, Suite 1630  Southfield, MI 48034
(248) 557-7488

/s/ Mark H. Shapiro with consent
Mark H. Shapiro (P43134)
Chapter 7 Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033-2518
(248) 352-4700

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

Kiana Carolyn Sandra Walls

Chapter 7
Case No. 21-46640-tjt
Hon. Thomas J. Tucker

Debtor(s).
_____/

## ORDER FOR RELIEF FROM THE AUTOMATIC STAY AND ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)

**Pursuant to the stipulation between the parties:**

**IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. § 362 is lifted as to Carvana LLC, its successors and assigns, holding a note and security interest in the personal property, 2016 Jeep Compass, Vin: 1C4NJDEB7GD681118.

**IT IS FURTHER ORDERED** that any surplus funds resulting from the sale of the property will be turned over to the Chapter 7 Trustee for the benefit of the estate.

**IT IS FURTHER ORDERED** upon entry of this Order, compliance with FRBP 3002.1 is no longer required.

**IT IS FURTHER ORDERED** that notwithstanding Rule 4001(a)(3), Carvana LLC, its successors and assigns, may execute on its order immediately. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Bankruptcy Code.